# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-4046
_____

FRANCISCO ROSARIO, Husband,

Appellant,

v.

KATHERINE ISAZA ROSARIO,
Wife,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Lacey Powell Clark, Judge.

April 26, 2024

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clark H. Henderson of Henderson Law Firm, P.A., Shalimar, for Appellant.

Ashley C. Puro, Fort Lauderdale, for Appellee.